A CERTIFIED TRUE COPY

ATTEST

By Denise Morgan-Stone on Apr 22, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**Apr 07, 2010**

**FILED**
**CLERK'S OFFICE**

IN RE: GUIDANT CORP. IMPLANTABLE
DEFIBRILLATORS PRODUCTS
LIABILITY LITIGATION

MDL No. 1708

(SEE ATTACHED SCHEDULE)

**CONDITIONAL REMAND ORDER**

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the actions on this conditional remand order have been completed and that remand to the transferor courts, as provided in 28 U.S.C. §1407(a), is appropriate.

IT IS THEREFORE ORDERED that the actions on this conditional remand order be remanded to their respective transferor courts.

IT IS ALSO ORDERED that, pursuant to Rule 7.6 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 436-38 (2001) (Rules), the transmittal of this order to the transferee clerk for filing shall be stayed 14 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the District of Minnesota.

IT IS FURTHER ORDERED that, pursuant to Rule 7.6(g), the parties shall furnish the Clerk for the District of Minnesota with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleadings or other matter filed so as to enable said Clerk to comply with the order of remand.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Apr 22, 2010**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Luthi
Clerk of the Panel

A true printed copy in ___ sheet(s)
of the electronic record filed on 4/22/10
in the United States District Court
for the District of Minnesota.

CERTIFIED: 5-16-         , 2010.

BY: _____
RICHARD D. SLETTEN
Deputy Clerk

## SCHEDULE FOR CONDITIONAL REMAND ORDER

| --- TRANSFEREE --- | | | --- TRANSFEROR --- | | | |
|---|---|---|---|---|---|---|
| DIST. | DIV. | C.A.NO. | DIST. | DIV. | C.A.NO. | CASE CAPTION |
| MN | 3 | 06-16 | CAC | 2 | 05-8070 | Theodore Cohen v. Guidant Corp. |
| MN | 3 | 07-8 | CAE | 2 | 06-2420 | Marylou Armuth, et al. v. Guidant Corp., et al. |
| MN | 3 | 08-4999 | CAS | 3 | 08-1294 | Frederick B. Nimtz v. Daniel Cepin, M.D., et al. |
| MN | 3 | 07-3385 | FLS | 1 | 07-21419 | Vista Healthplan, Inc., et al. v. Guidant Corp., et al. |
| MN | 3 | 09-1351 | FLS | 1 | 09-20971 | Ivan Llado-Carreno v. Guidant Corp., et al. |
| MN | 3 | 08-5000 | GAN | 1 | 08-2230 | Tamia Clark, etc. v. Guidant Corp., et al. |
| MN | 3 | 09-247 | ILN | 1 | 09-68 | Eileen Banker v. Guidant Corp., et al. |
| MN | 3 | 10-428 | ILN | 1 | 09-7989 | Fredrick O'Neal v. Guidant Corp., et al. |
| MN | 3 | 08-4972 | LAE | 2 | 08-3783 | James D. Ervin, Jr. v. Guidant Corp., et al. |
| MN | 3 | 09-828 | MOE | 4 | 08-1798 | Dolores Georgian Nance, et al. v. Guidant Corp., et al. |
| MN | 3 | 06-2525 | NYS | 1 | 05-10246 | The People of the State of New York, etc. v. Guidant Corp. |
| MN | 3 | 09-501 | TNE | 3 | 09-40 | John Smith v. Boston Scientific Corp., et al. |
| MN | 3 | 09-866 | UT | 2 | 09-160 | Katrina Wardlow, et al. v. Guidant Corp. |