UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DOLORES GEORGIAN NANCE, by and through SHERRY LANE, as Independent Administrator of the Estate of Dolores G. Nance, deceased, et al., <br><br>Plaintiffs,<br><br>vs.<br><br>GUIDANT CORPORATION, et al.,<br><br>Defendants. | Case No. 4:08CV1798 CDP |

## ORDER

**IT IS HEREBY ORDERED** that the parties joint motion for telephonic hearing [#39] is **GRANTED**; and the court will hear oral argument, on the record but by telephone, on **Thursday, September 9, 2010 at 2:00 p.m.** Plaintiffs' counsel is responsible for placing the call and shall have all parties on the line before contacting the Court at 314-244-7520.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of September, 2010.